UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE M. DURAN,

       Plaintiff,                         Case No. 2:15-cv-10477
                                           Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER AWARDING ATTORNEY FEES

This matter is before the Court for consideration of the parties' stipulation for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2142.  (DE 28.)  The stipulation for attorney fees under the EAJA is fully incorporated by reference and I hereby **ORDER** the following, consistent with its terms:

The Commissioner shall award attorney fees to Plaintiff in the agreed-upon amount of $3,867.50, in full satisfaction and settlement of any and all claims Plaintiff may have under the EAJA.  Any fees paid belong to Plaintiff and not to her attorney, and can be offset to satisfy pre-existing debt that Plaintiff may owe the United States.  *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).  If Plaintiff owes no pre-existing debt subject to offset, the Commissioner shall direct that the

award be made payable to Plaintiff's attorney pursuant to an EAJA assignment signed by Plaintiff and counsel. (DE 28-1 at 4-5.)

**IT IS SO ORDERED.**

Dated: June 16, 2016                     s/Anthony P. Patti
                                         Anthony P. Patti
                                         UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 16, 2016, electronically and/or by U.S. Mail.

                                         s/Michael Williams
                                         Case Manager for the
                                         Honorable Anthony P. Patti